SILAS MASON COMPANY, INC., Respondent, *v.* THE CITY OF NEW YORK, Appellant.

Argued June 8, 1937; decided July 13, 1937.

*Paul Windels*, Corporation Counsel (*John G. Clancy* and *Paxton Blair* of counsel), for appellant.

*Emil N. Baar* and *Arthur Block* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.